**MORRISON | FOERSTER**

12531 HIGH BLUFF DRIVE
SAN DIEGO, CALIFORNIA
92130-2040

TELEPHONE: 858.720.5100
FACSIMILE: 858.720.5125

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

August 8, 2011

Writer's Direct Contact
858.720.5154
JHuston@mofo.com

*Via ECF*

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   *In re: Pamidronate Products Liability Litigation*
      Case No. 1:09-md-2120-KAM-SMG (E.D.N.Y.)
      Status Letter

Dear Judge Matsumoto:

Defendant APP Pharmaceuticals, LLC respectfully submits this status letter on behalf of the below-signed defendants.  This letter relates to all cases filed by the firms of Osborn Law, PC and Valad & Vecchione, PLLC:

1.  *Bartoli* (10-cv-1860)
2.  *Berry* (11-cv-1340)
3.  *Campese* (11-cv-1345)
4.  *Clark* (11-cv-1346)
5.  *Compton* (11-cv-1344)
6.  *Cunningham* (*Wessel*) (10-cv-0005)
7.  *Fry* (09-cv-5294)
8.  *Gershonowitz* (11-cv-1339)
9.  *Hawkins* (11-cv-1342)
10. *Ibarra* (10-cv-3439)
11. *Kruszka* (11-cv-1337)
12. *Lambertson* (11-cv-1338)
13. *Margulies* (*Chandler*) (09-cv-5295)
14. *Patterson* (09-cv-5289)
15. *Rodriguez* (11-cv-1336)
16. *Skouti* (*Eckblom*) (09-cv-5288)
17. *Venne* (11-cv-1343)
18. *Warchol* (11-cv-1341)

sd-564911

MORRISON | FOERSTER

Honorable Kiyo A. Matsumoto
August 8, 2011
Page Two

Defendants' motions to dismiss these cases are currently pending, and on June 28, 2011, the Court granted defendants an additional 30 days to file their reply briefs. This extension was to allow plaintiffs to consider the impact on their cases of the Supreme Court's June 23, 2011 decision in *Pliva v. Mensing*.

Since then, plaintiffs' counsel have represented to defense counsel that they will be recommending that their clients dismiss all claims against defendants in MDL 2120, without prejudice. Plaintiffs' counsel are in the process of obtaining permission to dismiss these claims and have represented that they will be filing stipulations of dismissal within 60 days. Therefore they anticipate no need for further motion practice to terminate these cases.

Accordingly, defendants request that the Court stay all proceedings in the above-listed cases for 60 days. Defendants further request that the Court set a telephonic status conference on or after September 8, 2011 in the event any of the above-listed cases are not dismissed by that time.

Respectfully submitted,

s/ James W. Huston
James W. Huston
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130-2040
(858) 720-5100 (Telephone)
(858) 720-5125 (Facsimile)

*Attorneys for defendant APP Pharmaceuticals, LLC*

sd-564911

MORRISON | FOERSTER

Honorable Kiyo A. Matsumoto
August 8, 2011
Page Three

*Joined by:*

s/ Glenn S. Kerner
Glenn S. Kerner
Jonathan I. Price
Nilda M. Tulla-Isidro
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 813-8800 (Telephone)
(212) 355-3333 (Facsimile)

*Attorneys for defendant Teva Parenteral Medicines, Inc.*

s/ Eric E. Hudson
Eric E. Hudson
Melissa Baltz
BUTLER, SNOW, O'MARA, STEVENS
& CANADA, PLLC
6075 Poplar Avenue, 5th Floor
Memphis, TN 38119
(901) 680-7200 (Telephone)
(901) 680-7201 (Facsimile)

*Attorneys for defendant Ben Venue Laboratories, Inc. d/b/a Bedford Laboratories*

s/ Christina L. Gaarder
Christina L. Gaarder
M. King Hill, III
VENABLE LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, Maryland 21285-5517
(410) 494-6260 (Telephone)
(410) 821-0147 (Facsimile)

*Attorneys for defendant Hospira, Inc.*

s/ Stephen A. Klein
Stephen A. Klein
Theodore M. Lis
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800 (Telephone)
(202) 682-1639 (Facsimile)

*Attorneys for defendant Sandoz Inc.*

sd-564911