UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: PAMIDRONATE PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Berry, Mary Ann, No. 1:11-cv-01340<br>Campese, Joseph, No. 1:11-cv-01345<br>Clark, Marie (by Mitchell Clark), No. 1:11-cv-01346<br>Compton, Marcia, No. 1:11-cv-01344<br>Eckblom (by Diane Skouti), No. 1:09-cv-05288<br>Gershonowitz, Carmela, No. 1:11-cv-01339<br>Hawkins, Joan, No. 1:11-cv-01342<br>Kruszka, Candice, No. 1:11-cv-01337<br>Lambertson, Laurie, No. 1:11-cv-01338<br>Patterson, Margaret, No. 1:09-cv-05289<br>Rodriguez, Bessie, No. 1:11-cv-01336<br>Venne, Barbara, No. 1:11-cv-01343<br>Warchol, John, No. 1:11-cv-01341<br>Wessel, Dorothy (by Sharon Cunningham), No. 1:10-cv-00005 | Case No. 1:09-md-02120-KAM-SMG |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that all claims asserted in the above-captioned actions are voluntarily dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without prejudice and with each party to bear its own costs.

| | |
|---|---|
| VALAD & VECCHIONE, PLLC | HOLLINGSWORTH LLP |
| By/s/ John Vecchione<br>    John J. Vecchione, Esq.<br>    3863 Plaza Drive<br>    Fairfax, Virginia 22030<br>    Telephone: (703) 352-4800<br>    *Attorneys for Plaintiffs* | By: /s/ Stephen A. Klein<br>    Joe G. Hollingsworth, Esq.<br>    Katharine R. Latimer, Esq.<br>    Stephen A. Klein, Esq.<br>    1350 I Street, N.W.<br>    Washington, D.C. 20005-3305<br>    Telephone: (202) 898-5800<br><br>    *Attorneys for Defendant*<br>    *Sandoz Inc.* |
| BUTLER, SNOW, O'MARA, STEVENS, & CANNADA, PLLC | GOODWIN PROCTER LLP |
| By: /s/ Eric S. Hudson<br>    Eric E. Hudson, Esq.<br>    6075 Poplar Avenue, 5th Floor<br>    Memphis, TN 38119<br>    Telephone: (901) 680-7200<br><br>    *Attorneys for Defendant Ben Venue*<br>    *Laboratories, Inc., d/b/a*<br>    *Bedford Laboratories* | By: /s/Nilda M. Tulla-Isidro<br>    Glenn S. Kerner, Esq.<br>    Jonathan I. Price, Esq.<br>    Nilda M. Tulla-Isidro<br>    The New York Times Building<br>    620 Eighth Avenue<br>    New York, New York 10018-1405<br>    Telephone: (212) 459-7480<br><br>    *Attorneys for Defendant*<br>    *Teva Parenteral Medicines, Inc.* |
| MORRISON & FOERSTER LLP | VENABLE LLP |
| By: /s/ Erin M. Bosman<br>    James W. Huston, Esq.<br>    Erin M. Bosman, Esq.<br>    12531 High Bluff Drive, Suite 100<br>    San Diego, California 92130<br>    Telephone: (858) 720-5100<br><br>    *Attorneys for Defendant*<br>    *APP Pharmaceuticals, Inc.* | By: /s/ Christina L. Gaarder<br>    Christina L. Gaarder, Esq.<br>    750 E. Pratt Street, Suite 900<br>    Baltimore, MD 21202<br>    Telephone: (410) 244-7638<br><br>    *Attorneys for Defendant*<br>    *Hospira, Inc.* |

SO ORDERED:

October \_\_\_, 2011

_____
Honorable Kiyo Matsumoto
U.S. District Judge

## **CERTIFICATE OF SERVICE**

I herby certify that a true and correct copy of the foregoing pleading was furnished by operation of the Court's Electronic Case Filing System on counsel of record in case on this 19th day of October 2011.

/s/ John J. Vecchione
John J. Vecchione
